354 A.2d 249

**Kathryn H. SAILOR, Administratrix of the Estate of Bertha Grajewski, a/k/a Bertha Graski, Deceased, et al.**

**v.**

**Albert GRAYCE et al.**

Supreme Court of Pennsylvania.

April 7, 1976.

Neil Carver, Philadelphia, for appellants.

Henry N. Fineman, Philadelphia, for appellees.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed.

Appellant to bear costs.